# Order

Michigan Supreme Court
Lansing, Michigan

February 1, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143120(53)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JAMES THOMAS WRIGHT, JR.,
      Defendant-Appellee.

SC: 143120
COA: 297192
Wayne CC: 09-027497-FH

_____/

On order of the Court, the motion for reconsideration of this Court's September 21, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARILYN KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2012

_____
Clerk

d0125